# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT B.,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing duties and functions not reserved to the Commissioner of Social Security,<br><br>　　　Defendant. | Case No. ED CV 17-01946-DFM<br><br>JUDGMENT |

　　　In accordance with the Memorandum Opinion and Order filed herewith,

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Date: March 8, 2019

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge